374 A.2d 705

Commonwealth v. Manley, Appellant.

Argued April 11, 1977. Louis R. Dadowski, Trial Defender, with him Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, with him Robert E. Colville, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: At Bill No. CC7506259 charging criminal solicitation and criminal conspiracy, the judgment of sentence for criminal conspiracy is vacated. The judgment of sentence for criminal solicitation is affirmed. At Bill No. CC7506429A, the judgment of sentence is affirmed.

VAN der VOORT, J., absent.